# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRITTANY ZACHMAN and ALISON ALLEN, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.                                        **CASE NO.: 6:25-cv-00275-JSS-DCI**

HTLC VENTURES INC., a Florida limited liability company d/b/a HOLLERBACH'S GERMAN RESTAURANT and d/b/a WILLOW TREE CAFÉ, CHRISTINA M. HOLLERBACH, an individual, LINDA M. HOLLERBACH, an individual, and THEODOR R. HOLLERERBACH a/k/a THEO HOLLERBACH, an individual,

        Defendants.
_____/

## AGREED PROTECTIVE ORDER REGARDING COMMUNICATIONS WITH PUTATIVE CLASS MEMBERS

THIS MATTER is before the Court on the Plaintiffs' Motion for Protective Order (ECF 62). Subsequent to filing the aforementioned Motion, the Parties stipulated and agreed to entry of this Order. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.     Any communication about this lawsuit by Defendants or their agents with unrepresented putative class or collective action members (*i.e.* servers and bartenders who work or worked at Hollerbach's German Restaurant and were

paid a subminimum wage since February 2020), from now until this Court rules on the pending Motion For Class And Collective Action Certification shall be preceded by delivery and execution of a written disclosure to the putative class or collective action member in the form attached hereto as Exhibit A, receipt of which shall be confirmed by the putative class member's signature and date signed.

2. Any *ex parte*, unilateral communications about the lawsuit by Defendants or their agents with unrepresented putative members of the class or collective action on the following subjects shall be in writing:

   a. the merits, status, or effect of this lawsuit;

   b. the putative class or collective action member's participation in this lawsuit;

   c. settlement or other resolution of any of the claims or issues raised in this lawsuit;

   d. settlement or other resolution of any putative class or collective action member's rights at issue in this lawsuit; and/or

   e. any matter that would result in a putative class member waiving, releasing, or compromising his or her FLSA or FMWA rights.

3. Defendants shall maintain copies of all written communications for the duration of this proceeding and any appeal arising from this action and for a period of two (2) years thereafter.

4. If this case is certified as a class or collective action, Defendants shall provide to class counsel copies of any written communications with class and collective action members referenced in paragraph 2, above.

5. If the written communication by any Defendant or their agents to putative class or collective action members requests a response or waiver of rights, the putative class or collective action member shall be given at least twenty-one (21) days to respond, if at all. This paragraph shall not be interpreted as an approval by the Court of any such waiver.

6. Defendants shall also issue the disclosure as a corrective measure through the 7Shifts platform to all current servers and bartenders who received Theo Hollerbach's October 2, 2025 announcement or Christina Hollerbach's March 11, 2025 7Shifts announcement, attached as exhibits to Plaintiffs' Motion (ECF 62). The corrective disclosure shall be entitled "Notice of Corrective Disclosure" in the form attached hereto as Exhibit A. To the extent any employees who received the 7Shift announcements are no longer part of the 7Shifts messaging platform, the Defendants shall provide the disclosure to the last known email address of that individual.

7. Within three (3) business days from the date of this Order, Defendants shall file a notice with the Court certifying the aforementioned corrective disclosure has been disseminated.

8. This Order will be in effect until the Court rules on the certification of the class and collective action.

9. This Agreed Order is without prejudice to Plaintiffs seeking additional relief regarding Defendants' communications or conduct if the circumstances warrant.

DONE AND ORDERED in Orlando, Florida on October 31, 2025.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BRITTANY ZACHMAN and ALISON ALLEN, on behalf of themselves and others similarly situated,

Plaintiffs,

v.  **CASE NO.: 6:25-cv-00275-JSS-DCI**

HTLC VENTURES INC., a Florida limited liability company d/b/a HOLLERBACH'S GERMAN RESTAURANT and d/b/a WILLOW TREE CAFÉ, CHRISTINA M. HOLLERBACH, an individual, LINDA M. HOLLERBACH, an individual, and THEODOR R. HOLLERERBACH a/k/a THEO HOLLERBACH, an individual,

       Defendants.
_____/

**NOTICE OF CORRECTIVE DISCLOSURE – AUTHORIZED BY THE COURT**

TO:    ALL SERVERS AND BARTENDERS OF HOLLERBACH'S GERMAN RESTAURANT WHO PREVIOUSLY RECEIVED A 7SHIFTS ANNOUNCEMENT FROM CHRISTINA HOLLERBACH OR THEO HOLLERBACH REGARING THIS LAWSUIT

FROM: HTLC VENTURES INC., CHRISTINA HOLLERBACH, LINDA HOLLERBACH, AND THEODOR HOLLERBACH

**PLEASE READ THIS NOTICE CAREFULLY
IT MAY AFFECT YOUR LEGAL RIGHTS**

5

## 1. INTRODUCTION.

*Plaintiffs, Brittany Zachman et al. v. Defendants, HTLC Ventures Inc. et al., Case No.* 6:25-cv-00275 is a lawsuit that is pending in the United State District Court for the Middle District of Florida. The United States District Court for the Middle District of Florida has authorized the transmittal of this Notice of Corrective Disclosure to inform you of certain information.

## 2. WHY DID YOU RECEIVE THIS NOTICE?

You are receiving this notice because you have been identified through the records of at HTLC Ventures Inc. d/b/a Hollerbach's German Restaurant f/k/a Willow Tree Café ("Hollerbach's") as a server and/or bartender who currently or formerly worked at Hollerbach's some time since February 2020. You received this Notice of Corrective Disclosure at the Court's direction as a result of both the Plaintiffs and Defendants' agreement to do so.

## 3. WHAT IS THIS LAWSUIT ABOUT?

The individuals who brought this lawsuit on behalf of themselves and other servers and bartenders allege that the Hollerbach's along with Linda, Theo, and Christina Hollerbach ("Defendants") violated the minimum wage and overtime laws set forth in the Fair Labor Standards Act ("FLSA") and the Florida Minimum Wage Act and Amendment ("FMWA") by allegedly: (1) requiring bartenders and servers to participate in a tip pool that included ineligible back-of-house employees and was not fully distributed solely among tipped employees, (2) requiring bartenders and servers to pay for business expenses such as uniforms, and (3) failing to inform servers and bartenders of all the information required to be provided to tipped employees paid a subminimum wage. The lawsuit seeks from the Defendants, back wage damages in the form of unpaid minimum wages and overtime wages, recoupment of tips, liquidated (double) damages, plus costs and attorney's fees for themselves and other similarly situated FLSA collective and FMWA class members if the court allows the case to proceed collectively and/or as a class. The Defendants deny these allegations. The attorneys representing the Plaintiffs, Brittany Zachman and Alison Allen, are Samara Bober, Esq. and Peter J. Bober, Esq., Bober & Bober, P.A., 4000 Hollywood Boulevard, Suite 555-S, Hollywood, Florida 33021, samara@boberlaw.com or peter@boberlaw.com, (954) 922-2298.

The Court has not yet decided whether the Defendants have done anything wrong, whether the case will be allowed to proceed as a class or collective action, or whether this case will proceed to trial. If the Court determines that the case can proceed as a class or collective action, you may have the right to be included as a lass or collective action member.

### 4.  WHAT SHOULD I DO?

You are not required to do anything in response to this notice. You are not required to communicate with the Defendants regarding this Lawsuit. You should not contact the Court to discuss this matter.

If you believe unlawful conduct has occurred related to this lawsuit, you may contact Plaintiffs' attorneys identified above or obtain separate legal counsel of your choosing so they may bring such conduct to the Court's attention.